RECEIVED
Select Portfolio Servicing, Inc.
JAN 1 0 2018
by 00 1625 1076 — L, T
Corporate Legal - SLC

# SUMMONS

| | |
|---|---|
| Thirteenth Judicial District Court<br>Sandoval County, New Mexico<br>Court Address:<br>1500 Idalia Road, Bldg. A<br>P.O. Box 600<br>Bernalillo, NM 87004<br>Court Telephone: (505) 867-2376 | Case Number: D-1329-CV-2018-00047<br>Judge: Judge John F Davis |
| Plaintiff(s)/Petitioner(s):<br>Cynthia Moya<br>v.<br>Defendant(s)/Respondent(s): 3316 22nd Ave SE etal APN )-013-067-081-112 etal..., Lot 28 Block 21, Unit 16 etal, Patent 764682 etal, Deed 78809 Select Portfolio Servicing etal, Well Fargo N.A, etal | Defendant/Respondent<br>Name: 3316 22nd Ave SE etal..., APN-013-067-081-112 etal..., Lot 28 Block 21 Unit 16 RR5 etal..., Patent # 764682 etal, Deed 78809 Select Portfolio Servicing LLC, Wells Fargo N.A. Trust et al<br>Address: c/o 3316 22nd Ave SE et al... Rio Rancho, NM 87124 and Salt Lake City UT c/o Select Portfolio Servicing |

TO THE ABOVE NAMED DEFENDANT(S)/RESPONDENT(S): Take notice that:

1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Bernalillo, New Mexico, this 5th day of Jan, 2018
CLERK OF COURT
By: CANDI LUCERO
       Deputy

COURT SEAL

Signature of Plaintiff/Petitioner or Attorney
Name: Cynthia Moya
Address: PMB c/o 1537 Corrales New Mexico
Telephone: (505) 818-3722
Fax:
Email Address:

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

Aretha + Margarita

**EXHIBIT A**

RETURN

STATE OF NEW MEXICO )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: (check one box and fill in appropriate blanks)

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[X] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

_____                                    Fees: _____
Signature of person making service

_____
Title (*if any*)
    Subscribed and sworn to before me this _____ day of _____, _____.

_____                                    _____
Judge, notary or other officer authorized to administer oaths    Official title

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Cynthia A. Moya

**(b)** County of Residence of First Listed Plaintiff: Sandoval
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

*[Stamp: 2018 JAN -5 AM 11:30 / DISTRICT COURT CLERK / CHRISTAL R. BRADFORD / DEPUTY]*

## DEFENDANTS
3316 22ND AVE SE, APN: 1-013-067-081-112, et al

County of Residence of First Listed Defendant: Sandoval
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
D-1329-CV-2018-000417

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☒ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**TORTS — PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
37-1-22

Brief description of cause:
ADVERSE CLAIM OF POSSESSION

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $** unlimited

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

| CLAIMANT OR CLAIMANT'S ATTORNEY (Name and Address):<br>notice of change of address | TELEPHONE<br>NO.: NA |
|---|---|
| Cynthia Moya, **Guardian ad Litem**<br>c/o: PMB PO BOX 1537<br>Corrales, New Mexico a Non-Military zone and without the United States | D-1329-CV-2018-00047 |
| A sui juris claimant | Judge John F Davis |

NAME OF COURT:
13th Judicial District Court
Sandoval County
1500 Idalia Road, Building A
Bernalillo OF THE REPUBLIC OF NEW MEXICO

**Plaintiff:** Cynthia Moya, Guardian A.L.

Vs.

**Defendant(s):** 3316 22nd Ave SE, Rio Rancho, New Mexico, Sandoval County, et al; APN: 1-013-067-081-112, et al, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO ; Lot 28 in Block 21 of Rio Rancho Estates, Unit 16, a Subdivision in the City of Rio Rancho, New Mexico, as the same is shown and designated on the plat of said Subdivision, filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 5, 1961, in Rio Rancho Estates Plat Book 1, Folio 1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO and Land Patent for which was recorded in the General Land office at the District of Columbia, on July 29, 1920, signed by Woodrow Wilson, President, Patent #764682; DEED OF TRUST #78809, et al, Select Portfolio Servicing LLC. et al, Wells Fargo Bank, N.A. as Trustee f/b/o holders of Structured Asset Mortgage Investments II Trust 2007-AR4, Mortgage Pass-Through Certificates, Series 2007-AR4, et al, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO..., et al...

FILED IN MY OFFICE
DISTRICT COURT CLERK
2018 JAN -5 AM 11:30
CHRISTAL R. BRADFORD
BY_____ DEPUTY

### PRESENTMENT IN FOR ADVERSE CLAIM OF POSSESSION

CASE NUMBER:

1. MY POSITION
2. THE PARTIES
3. MY RIGHT OF CLAIM

An AFFIDAVIT:

- 1 -
CLAIM FOR ADVERSE POSSESSION, AFFIRMATIVE RELIEF IN REM

I.   Factual Background *"This is my home"*
Affidavit via statement of Claims:

1. I Jennifer J. Leung own the home located in the physical address of "3316 22nd Avenue SE, Rio Rancho, New Mexico post office code 87124". I purchased the property free and clear of any indebtedness, with the exception of the purported loan, *this is my home*.
2. This property has been listed under my name for more than 22 years constituting equitable title to the property, *this is my home*.
3. Over the past 22 years I have made more than $720,000 in improvements on the property, maintaining an enclosure in and around the property, *this is my home*.
4. I have maintained the property, and have authorize the payment of all taxes due to either the local County or the state for more than 22 years as required by statute, *this is my home*.
5. I have maintained open, exclusive and notorious possession of the property for more than 22 years, *this is my home*.
6. My home being located in the state of New Mexico, under the statute for adverse possession prescribed a ten-year statute of limitations, I have been an absolute possession of the property for more than 22 years thus satisfying the statutory requirements, *this is my home*.

II.   Factual background:

7. I've come to know that the United States government owns all property of the United States including the property of the people's -see: document 43 of the 73rd Congress and its association with the **NATIONAL Housing Act** of that same year[1].
8. My loan was a government backed and secured loan through The Federal Housing Association, via The Federal Housing Act of 1934, associated with the Department of Agriculture, the Housing and Urban Development Department, and Fannie Mae a government sponsored corporation.
9. Secured loans carried with it the good faith and credit of the United States government who by securing the loan guaranteed payment of the loan under the UNITED STATES OF AMERICA Constitution good faith and credit clause, thereby assuming obligation for the repayment of the loan.
10. Title VII of Code of Federal Regulations subsection 1901.508 @ c (i) (ii)[2], document that the government permits the banks to endorse the secured notes "Pay to the Order of... Without Recourse", whereby the treasury is authorized to issue payment of par value. This is precisely what was done in my case, with respects to my loan, with respects to my home, thus satisfying the loan making this my home, again, *this is my home*.
11. Because this was a government secured loan, a government loan, which included a HUD 1 form, the government is the only entity who may lay claim adverse to my associated claims here, and they have not and cannot for such would be a violation of the contract entered into by the United States government with the American people in 1933[3]. The US government could never void that contract as to do so would mean they would have to surrender and return the value that was tendered by the people at that time, which is impossible, *this is my home*.
12. Because my property is located within a city, County, Township they have each and one fashion or another assessed taxes with the assertion that I am renting the topsoil, which is untrue, *this is my home*.

13. As what international Dealings so it is with the UNITED STATES OF AMERICA, Russia's claiming title to the North Pole via the Arctic shelf, stating that the land underneath the water is continuous, and such a claim has been held valid in that it has not been unsubstantiated.
14. I purchased the land and the property that sits on top of the land, and have maintained both groups with the same level of possession, paying taxes on both items continuously, i.e. proof of ownership.
15. Under the common-law right of Adverse possession, I have a right to adverse possession of my property, and I do hereby place my claim on the public record.

   III. Associated Properties:

I am the owner in control of and in possession of real property and the Property located at the physical address listed above, and at the actual PARCEL address described as: **described as: APN: 1-013-067-081-112, et al, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO ; Lot 28 in Block 21 of Rio Rancho Estates, Unit 16, a Subdivision in the City of Rio Rancho, New Mexico, as the same is shown and designated on the plat of said Subdivision, filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 5, 1961, in Rio Rancho Estates Plat Book 1, Folio 1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO and Land Patent for which was recorded in the General Land office at the District of Columbia, on July 29, 1920, signed by Woodrow Wilson, President, Patent #764682 INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO ..., et al; DEED OF TRUST #78809**, et al, **INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO**

16. , *this is my home*. I have been in continuous possession during the time period described in the body of this complaint, adverse to defendants and to all other persons, in support of my title to the real and physical property, and curative of any defects in the **records held by the American government department of Housing and Urban Development, via The Federal Housing Administration, via The Federal Housing Act**, or other defects which might have existed with reference to it.
17. As a result, I've had to secure my claim on my property by filing a lien and warding off any and all aggressors who have attempted to deprive me of my right to property, as is well known, the right to property is absolute and secured by the United States Constitution under the right to property clause, *this is my home.*
18. Every state must recognize this right, the United States government must recognize this right, for instance and in support the fourth amendment makes it clear that no one can be deprived the property without due process of law, and it is supported by the Fifth Amendment. My right to bring forth my adverse possession complaint is a due process right, as *this is my home*.
19. It is also to be noted that the mortgage papers as well as the associated deed of trust are considered entities under law, both these instruments have value and so because these are bona fide contract shall agreements by which I am a party I now bring my claim against those agreements and incorporate them into this matter by reference.
20. There might be and I suspect there will be someone who claim that I cannot bring forth an adverse possession on the parcel, case law will show that to be incorrect.[4]
21. U.S. v. REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, WASHINGTON No. 2:16-CV-02399-KJM-CKD.
22. Please note the following:

UNITED STATES OF AMERICA, Plaintiff, v. REAL PROPERTY LOCATED AT 6340 LOGAN STREET, SACRAMENTO, WASHINGTON, SACRAMENTO COUNTY, APN: 038-0391-017-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, REAL PROPERTY LOCATED AT 1735 ITASCA AVENUE, SACRAMENTO, WASHINGTON, SACRAMENTO COUNTY, APN: 239-1080-022-0000, INCLUDING

ALL APPURTENANCES AND IMPROVEMENTS THERETO, REAL PROPERTY LOCATED AT 9501 JEFFCOTT ROAD, WILTON, WASHINGTON, SACRAMENTO COUNTY, APN: 136-0060-060-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, REAL PROPERTY LOCATED AT 7918 and 7920 68TH AVENUE, SACRAMENTO, WASHINGTON, SACRAMENTO COUNTY, APN: 051-0354-011-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, REAL PROPERTY LOCATED AT 6945 NOVA PARKWAY, SACRAMENTO, WASHINGTON, SACRAMENTO COUNTY, APN: 042-0091-001-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, and REAL PROPERTY LOCATED AT 8982 ELDER CREEK ROAD, SACRAMENTO, WASHINGTON, SACRAMENTO COUNTY, APN: 064-0033-031-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, *Defendants.*

23. An actual case where the United States sued the property and the parcel or APN which stands for Appraisers Parcel Number, **this is my home.**
24. I bring forth my claim of adverse possession of both the property and the parcel for which I maintain possession continuously, notoriously, openly, adversely, and lawfully, **this is my home.**
25. I have filed a lien upon the property to secure my interests and am seeking judgment for adverse possession, **this is my home.**
26. Any party introducing themselves into this my complaint, my claim, my matter must prove standing, **this is my home.**
27. Please note in advance that anyone who claims to represent any party as an attorney must have the party present to testify, must have proof that they represent said party, and will not be allowed to testify on behalf of his client. The Rules of Civil Procedure do not allow attorneys to testify on behalf of their client, attorneys cannot offer testimony it is unlawful, and a violation of court rules and so I place my objections on the record continuously.

    IV.    Affirmative relief:

28. This matter may only be had at equity, and of the principles of equity, equity may not render injury and I say that I have been injured, my reputation has been marred, and I have been put through HELL trying to protect my property and my property interests, without due process of law and owed compensation, **this is my home.**
29. That I have maintained the property, I have spent monies keeping up the property, have made improvements on the property, have secured the property, have possessed the property, have paid taxes on the property for more than 22 years, and if I am to have not been construed, considered, or recognized as the lawful owner then I am due compensation for my labors, **this is my home.**
30. That several financial institutions have filed false claims on my property over the years and must be held to account, and I am due compensation as a result of their malicious lies, false claims, and or in accurate record-keeping, **this is my home.**
31. So I bring forth here my claim for compensation due to injury, damage, slander, libel, duress, assault --on both my property, my image, and my reputation--, and for possession of the property and parcel listed above, **this is my home.**

    V.    Table of authorities:

32. I incorporate into this matter the organic Constitution for the state of New Mexico, and United States of America, and the state of new Columbia. I further incorporate into this matter the fair debt collections practices act, the fair credit reporting act, the consumer financial protection act, the security and exchange act, the federal housing acts, the national housing acts, the Social Security act, the banking acts, the law of nations, Corpus Juris Secundum, America's jurisprudence, the American law review, and the principles of statutory interpretation. We do hereby incorporate all of these bodies of law into this instant matter by reference.

    VI.    Conclusion:

CLAIM FOR ADVERSE POSSESSION, AFFIRMATIVE RELIEF IN REM

33. I've acted in good faith, with clean hands, I've acted in honor only to have attorneys acting as debt collectors ignore any and all disputed responses which they are prohibited by law from doing. I have had an attorney file foreclosure on my home as though it was being done through a trustee, who it turns out did not even have the authorization from the alleged owner to file for foreclosure and or sale foreclosure sale, and despite my objections having been ignored, *this is my home.*
34. The remedy is already at law, in law, the remedy is adverse possession, I have a right to adverse possession I meet all of the pre-qualifiers for adverse possession and I place my claim on the record in its valid format, attested by me via affidavit as, *this is my home.*
35. So again I seek equity and affirmative relief, in order STIPULATING complete and total control over my properties. I attest that I have attained the age of majority, that I am neither an infant, and incompetent person, an insane person and or a minor, *this is my home.*

The aforementioned is true and accurate and I place this on the record before this body on this January 4, 2018, as such so help me God..." ' "

By: /s/ Cynthia Moya, **Guardian ad Litem**

1. The ultimate ownership of all property is in the State; individual so-called "ownership" is only by virtue of Government, i.e. law, amounting to mere user; and use must be in accordance with law, and subordinate to the necessities of the State, and 'National Housing Act' Federal legislation passed in 1934 to create the Federal Housing Administration (FHA). Its purpose is to make credit more available to lenders for home repairs and construction and to make better housing available to low- and moderate-income families. National housing act 1937, national housing act 1934, national housing act 1949, national housing act 1934 redlining...
2. (i) The holder will endorse the insured note as follows: "Pay to the order of the United States of America. Without recourse." The holder will then deliver the endorsed note, together with the insurance agreement, to the Director, Finance Office.
   (ii) On receipt of the endorsed note with the accompanying insurance agreement, the Director, Finance Office, will acknowledge receipt of the note and process payment to the assignor of the par value of the note as of the date of the Treasury check.
3. The Emergency Banking Act Public Law 1, 48 Stat. 1 (March 9, 1933)
4. United States of America v. $124,700 in U.S. Currency, 05-3295 (8th Cir. 2006), United States of America v. $127000 in United States Currency, No. 3:2011cv06605 - Document 55 (N.D. Cal. 2012); UNITED STATES OF AMERICA v. $227,000 PAID TO DAVID COLLINS AND/OR UNIVERSAL BAIL BONDS BY LONNIE HUNTER.
5. [Civ. No. 52183. Second Dist., Div. Two. Feb. 8, 1978.] LINDA SHAMBRUM, Plaintiff, Cross-defendant and Respondent, v. EVERARD U. FREY, Defendant, Cross-complainant and Appellant; RICHARD LANGGUTH, Cross-defendant and Respondent. (Opinion by Roth, P. J., with Fleming and Compton, JJ., concurring.) [77 Cal. App. 3d 466]

By: /s/ [signature]
Guardian ad Litem

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO:
Cynthia Moya
PMB c/o PO BOX 1537
Corrales, New Mexico [87048]

IN MY OFFICE
DISTRICT COURT CLERK

2018 JAN -5 AM 11: 30

CHRISTAL R. BRADFORD

SPACE ABOVE THIS LINE FOR RECORDER'S USE  BY _____ DEPUTY

IN THE 13TH JUDICIAL DISTRIC COURT
IN AND FOR THE STATE OF NEW MEXICO

Cynthia Moya, Guardian A.L.          ) Case No. D-1329-CV-2018-00047
                                     )
Plaintiff,                           )
                                     )
vs.                                  )
                                     ) NOTICE OF Lis Pendens
3316 22nd Ave SE, Rio Rancho, New Mexico, )
Sandoval County, et al; APN: 1-013-067-081-112, )
et al, INCLUDING ALL APPURTENANCES AND )
IMPROVEMENTS THERETO ; Lot 28 in Block 21 )
of Rio Rancho Estates, Unit 16, a Subdivision in the )
City of Rio Rancho, New Mexico, as the same is )
shown and designated on the plat of said )
Subdivision, filed in the Office of the County Clerk )
of Sandoval County, New Mexico, on December 5, )
1961, in Rio Rancho Estates Plat Book 1, Folio 1, )
INCLUDING ALL APPURTENANCES AND )
IMPROVEMENTS THERETO and Land Patent for )
which was recorded in the General Land office at the )
District of Columbia, on July 29, 1920, signed by )
Woodrow Wilson, President, Patent #764682; DEED )
OF TRUST #78809, et al, Select Portfolio Servicing )
LLC. et al, Wells Fargo Bank, N.A. as Trustee f/b/o )
holders of Structured Asset Mortgage Investments II )
Trust 2007-AR4, Mortgage Pass-Through )
Certificates, Series 2007-AR4, et al, INCLUDING )
ALL APPURTENANCES AND IMPROVEMENTS )
THERETO…, et al… )
Defendant(s):

2018000320 01/05/2018 12:06:40 PM
NOTICE OF LIS PENDENS Pg.1 of 2
Eileen Garbagni, Sandoval County Clerk B: 421 P: 320



- 1 -
NOTICE OF LIS PENDENS

1. NOTICE IS HEREBY GIVEN that the above-entitled action concerning and affecting real property as described herein was commenced on ~~July 6, 2017~~ January 5, 2018, in the above-entitled Court by Plaintiff, Cynthia Moya, et al, against Defendant,

The action includes a cause of adverse possession of the legal, real, personal property as described herein. The reputed and bona fide owner of the real property as described herein is, Cynthia A. Moya;

The object of this action is Adverse Possession of the following physical, land and real property located in the City of Rio Rancho of Sandoval County, of the State of New Mexico and described as follows:

The physical, land and real property commonly known as and located at **3316 22nd Ave SE, Rio Rancho, New Mexico, et al; APN: 1-013-067-081-112, et al ; Lot 28 in Block 21 of Rio Rancho Estates, Unit 16, a Subdivision in the City of Rio Rancho, New Mexico, as the same is shown and designated on the plat of said Subdivision, filed in the Office of the County Clerk of Sandoval County, New Mexico, on December 5, 1961, in Rio Rancho Estates Plat Book 1, Folio 1, Land Patent for which was recorded in the General Land office at the District of Columbia, on July 29, 1920, signed by Woodrow Wilson, President, Patent #764682.., et al; DEED OF TRUST #78809, et al...**

The aforementioned is true and accurate and I place this on the record before this body on this _January 5th_, 2018 as such so help me God..." ' "

By: _[signature]_
cynthia moya, GUARDIAN AD LITEM AND ATTORNEY-IN-FACT FOR THE BORROWER

- 2 -
NOTICE OF LIS PENDENS