| SUMMONS | |
|---|---|
| Thirteenth Judicial District Court<br>Sandoval County, New Mexico<br>Court Address:<br>1500 Idalia Road, Bldg. A<br>P.O. Box 600<br>Bernalillo, NM 87004<br>Court Telephone: (505) 867-2376 | Case Number: D-1329-CV-2018-00017<br><br>Judge: Judge John F Davis |
| Plaintiff(s)/Petitioner(s):<br>Cynthia Moya<br>v.<br>Defendant(s)/Respondent(s): 3316 22nd Ave SE etal, APN 1-013-067-081-112 etal..., Lot 28 Block 21, Unit 16 et al, Patent 764682 etal, Deed 78809, Select Portfolio Servicing etal, Well Fargo N.A, etal | Defendant/Respondent<br>Name: 3316 22nd Ave SE etal..., APN-013-067-081-112 etal..., Lot 28 Block 21 Unit 16RRS etal..., Patent # 764682 etal, Deed 78809, Select Portfolio Servicing LLC, Wells Fargo N.A. Trust etal<br>Address: c/o 3316 22nd Ave SE et al... Rio Rancho, NM 87124 and Salt Lake City UT c/o Select Portfolio Servicing |

TO THE ABOVE NAMED DEFENDANT(S)/RESPONDENT(S): Take notice that:
1. A lawsuit has been filed against you. A copy of the lawsuit is attached. The Court issued this Summons.
2. You must respond to this lawsuit in writing. You must file your written response with the Court no later than thirty (30) days from the date you are served with this Summons. (The date you are considered served with the Summons is determined by Rule 1-004 NMRA). The Court's address is listed above.
3. You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the lawsuit.
4. If you do not respond in writing, the Court may enter judgment against you as requested in the lawsuit.
5. You are entitled to a jury trial in most types of lawsuits. To ask for a jury trial, you must request one in writing and pay a jury fee.
6. If you need an interpreter, you must ask for one in writing.
7. You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6657; or 1-505-797-6066.

Dated at Bernalillo, New Mexico, this 5th day of Jan, 2018
CLERK OF COURT
By: _____
     Deputy

_____
Signature of Plaintiff/Petitioner or Attorney
Name: Cynthia Moya
Address: PMB c/o 1537 Corrales New Mexico
Telephone: (505) 818-3722
Fax:
Email Address:

THIS SUMMONS IS ISSUED PURSUANT TO RULE 1-004 OF THE NEW MEXICO RULES OF CIVIL PROCEDURE FOR DISTRICT COURTS.

EXHIBIT B

RETURN

STATE OF NEW MEXICO )ss
COUNTY OF _____ )

I, being duly sworn, on oath, state that I am over the age of eighteen (18) years and not a party to this lawsuit, and that I served this summons in _____ county on the _____ day of _____, _____, by delivering a copy of this summons, with a copy of complaint attached, in the following manner: (check one box and fill in appropriate blanks)

[ ] to the defendant _____ (*used when defendant accepts a copy of summons and complaint or refuses to accept the summons and complaint*)

[X] to the defendant by [mail] [courier service] as provided by Rule 1-004 NMRA (*used when service is by mail or commercial courier service*).

After attempting to serve the summons and complaint on the defendant by personal service or by mail or commercial courier service, by delivering a copy of this summons, with a copy of complaint attached, in the following manner:

[ ] to _____, a person over fifteen (15) years of age and residing at the usual place of abode of defendant _____, (*used when the defendant is not presently at place of abode*) and by mailing by first class mail to the defendant at _____ (*insert defendant's last known mailing address*) a copy of the summons and complaint.

[ ] to _____, the person apparently in charge at the actual place of business or employment of the defendant and by mailing by first class mail to the defendant at _____ (*insert defendant's business address*) and by mailing the summons and complaint by first class mail to the defendant at _____ (*insert defendant's last known mailing address*).

[ ] to _____, an agent authorized to receive service of process for defendant _____.

[ ] to _____, [parent] [guardian] [custodian] [conservator] [guardian ad litem] of defendant _____ (*used when defendant is a minor or an incompetent person*).

[ ] to _____ (*name of person*), _____, (*title of person authorized to receive service. Use this alternative when the defendant is a corporation or an association subject to a suit under a common name, a land grant board of trustees, the State of New Mexico or any political subdivision*).

_Audra M Lovato_  Fees: $10.00
Signature of person making service

Title (if any) _____
Subscribed and sworn to before me this 6th day of January, 2018
_____  _Notary Public_
Judge, notary or other officer authorized to administer oaths   Official Title

OFFICIAL SEAL
I. Hernandez
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 11/28/2020

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   3316 22nd Ave SE et al
   c/o 3316 22nd Ave SE
   Rio Rancho, NM 87124

9590 9402 2788 7069 9358 19

2. Article Number (Transfer from service label)

   7017 0530 0000 9625 5938

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-3-13
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Deed # 78809
   c/o 3316 22nd Ave SE
   Rio Rancho NM 87124

9590 9402 2788 7069 9358 71

2. Article Number (Transfer from service label)

   7017 0530 0000 9625 6096

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-3-13
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   APN: 1-013-067-081-1 2 et al
   c/o 3316 22nd Ave SE
   Rio Rancho NM 87124

9590 9402 2788 7069 9358 26

2. Article Number (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)
C. Date of Delivery: 1-3-13
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™

## Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bk NA Trustee
Structured Asset et al
9062 Old Annapolis Rd
Columbia, MD 21045

9590 9402 2788 7069 9358 64

2. Article Number (Transfer from service label)
7017 0530 0000 9625 6065

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): P. Xing
C. Date of Delivery: 1/11
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type — [checkboxes unmarked]

Domestic Return Receipt

---

## Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lot 28 Block 21 RRE Unit
16 et al...
c/o 3316 22nd Ave SE
Rio Rancho NM 87124

9590 9402 2788 7069 9358 33

2. Article Number (Transfer from service label)
7017 0530 0000 9625 6034

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 1-3-12
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type — [checkboxes unmarked]

Domestic Return Receipt

---

## Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Land Patent # 76468, et al
c/o 3316 22nd Ave SE
Rio Rancho, New Mexico
87124

9590 9402 2788 7069 9358 40

2. Article Number (Transfer from service label)
7017 0530 0000 9625 6041

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] — ☐ Agent ☐ Addressee
B. Received by (Printed Name): [illegible]
C. Date of Delivery: 1-3-13
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type — ☒ Priority Mail Express®

Domestic Return Receipt